# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| **SHAWN HENNIGAN, Individually and On Behalf of All Others Similarly Situated,** | |
| **Plaintiff,** | **CIVIL ACTION NO. 4:17-cv-01456** |
| **V.** | **JURY TRIAL DEMANDED** |
| **ADVANCE TANK AND CONSTRUCTION CO.,** | |
| **Defendant.** | |

## JOINT MOTION TO APPROVE SETTLEMENT

The Parties file this joint motion to approve their settlement and show the Court as follows:

**I.**

Plaintiff filed this lawsuit on May 10, 2017 to recover wages allegedly owed to him by Defendant pursuant to the Fair Labor Standards Act ("FLSA"). (Dkt. No. 1). Plaintiff filed this lawsuit as a Collective Action seeking to represent a class of similarly situated individuals within the FLSA's three-year statutory period.

**II.**

Pursuant to the Court's Order to Mediate (Dkt. No. 34), the parties exchanged pay and time data and mediated their case with the assistance of Mediator Gloria M. Portela on September 17, 2017. The Parties settled their case at mediation.

The Settlement Agreement has been finalized and is attached to this motion as Exhibit 1. The named Plaintiff has approved the settlement and has signed the Settlement Agreement individually and as Class Representative on behalf of the Settlement Class. Similarly, Defendant has approved the settlement. Defendant is unopposed to the Plaintiff's apportionment and distribution of the settlement funds, which are described within the Settlement Agreement and further set forth in Exhibits C and D to the Settlement Agreement.

### III.

The settlement amount was negotiated at arm's length and represents the resolution of a bona fide dispute. All Parties were represented by counsel with years of experience handling these types of FLSA cases. The Parties represent to the Court that the settlement amount is fair, reasonable and in the best interests of the Parties. The Plaintiff and the Settlement Class Members shall receive substantial monetary relief given the litigation risks associated with their claims and the risks they face in recovering a judgment against Defendant. By entering into this settlement, however, Defendant has not conceded liability.

In light of the Parties' Class Settlement, they now respectfully request that the Court enter the accompanying conditional order of dismissal approving the settlement and certifying a settlement class pursuant to the terms of the Settlement Agreement, so that the Settlement Class Members can be appraised of their rights via a Court approved notice (Exhibits A and B to the Settlement Agreement). Within thirty (30) days after Defendant issues the Settlement Award Checks for distribution to the Plaintiff and Opt-In Settlement Class Members, the Parties will jointly move for entry of an Order dismissing the Lawsuit with prejudice.

JOINTLY SUBMITTED BY:

By: */s/ Todd Slobin*
Todd Slobin
Texas Bar No. 24002953
tslobin@eeoc.net
Ricardo J. Prieto
Texas Bar No. 24062947
rprieto@eeoc.net
SHELLIST | LAZARZ | SLOBIN LLP
11 Greenway Plaza, Suite 1515
Houston, Texas 77046
Telephone: (713) 621-2277
Facsimile: (713) 621-0993

ATTORNEYS FOR PLAINTIFF

&

By: */s/ Daniel D. Pipitone*
Daniel D. Pipitone
Texas Bar No. 16024600
S.D. Tex. Bar No. 0294
MUNSCH HARDT KOPF & HARR, P.C.
700 Milam Street, Suite 2700
Houston, Texas 77002
Telephone: 713.222.1470
Facsimile: 713.222.1475
Email: dpipitone@munsch.com

ATTORNEY FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing instrument was forwarded to all counsel of record via ECF delivery on October 6, 2017.

*/s/ Ricardo J. Prieto.*_____
RICARDO J. PRIETO