| | | |
|---|---|---|
| United States District Court | Southern District of Texas | |

United States District Court
Southern District of Texas
**ENTERED**
October 10, 2017
David J. Bradley, Clerk

Shawn Hennigan, §
§
　　　　Plaintiff, §
§
versus §　　Civil Action H-17-1456
§
Advance Tank and Construction Co., §
§
　　　　Defendant. §

# Conditional Dismissal

1.　Having been advised that the parties have reached a settlement, this case is dismissed with prejudice.

2.　By November 10, 2017, the parties may move for reinstatement.

3.　This court retains jurisdiction to enforce the settlement.

　　Signed on October 10, 2017, at Houston, Texas.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Lynn N. Hughes
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge