| | | |
|---|---|---|
| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS | |

Shawn Hennigan, §
§
        Plaintiff, §
§
versus §     Civil Action H-17-1456
§
Advance Tank and Construction §
Company, §
§
        Defendant. §

United States District Court
Southern District of Texas
**ENTERED**
November 15, 2017
David J. Bradley, Clerk

## Final Dismissal

1. Neither party having moved for reinstatement, this case is dismissed with prejudice.

2. This court retains jurisdiction to enforce the settlement.

Signed on November 14, 2017, at Houston, Texas.

_____
Lynn N. Hughes
United States District Judge